WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

DANA MARIE HAUSE,                               )        CASE NO.: **EDCV 11-0316 AGR**

    Plaintiff,                )        ORDER AWARDING
            )        EAJA FEES
    v.                         )
            )
MICHAEL J. ASTRUE,                              )
Commissioner of Social Security,                )
     Defendant.            )
_____ )

  Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

  **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FOUR HUNDRED EIGHTY-FOUR DOLLARS and no/cents ($484.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

  DATED: October 13, 2011

*alicia G. Rosenberg*

UNITED STATES MAGISTRATE JUDGE

1